147 A.3d 399

**ERVIN, Tavon**

v.

**STATE of Maryland**

**Pet. Docket No. 338, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 422, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

147 A.3d 399

**GUTIERREZ–LOPEZ, Jairo**

v.

**STATE of Maryland**

**Pet. Docket No. 240, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1221, Sept. Term, 2015).

Petition for writ of certiorari denied.